# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Novack, Charles D. | Bankruptcy Court, Northern District of California | 08/05/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Court Judge | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States Bankruptcy Court
1300 Clay Street, Courtroom 215
Oakland, CA 94612

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 4/18/2019 | Reuter-Thompson, payment for videotaped family/bankruptcy law seminar | $1,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Self-employed attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Novack, Charles D.** | 08/05/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Nordstrom | credit card | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | IRA #1 (H) | | | | | | | | | |
| 2. | - Schwab Ad. Cash Reserve | A | Dividend | K | T | | | | | |
| 3. | -Abbvie, Inc. (common) | B | | L | T | Buy | 10/21/19 | K | | |
| 4. | -Accenture PLC Class A | A | Dividend | L | T | | | | | |
| 5. | -Automatic Data Processing (common) | A | Dividend | K | T | | | | | |
| 6. | - Amgen Inc. (common) | A | Dividend | | | Sold | 04/15/19 | K | C | |
| 7. | -Canadian National Railways Co. (common) | A | Dividend | K | T | | | | | |
| 8. | -CDW Corp. | A | Dividend | L | T | Buy | 04/15/19 | K | | |
| 9. | -Estee Lauder Co, Inc., Classs A | A | Dividend | L | T | | | | | |
| 10. | -Factset Research System, Inc. (common) | A | Dividend | L | T | Sold<br>(part) | 04/15/19 | J | B | |
| 11. | -FedEx Corp. (common) | A | Dividend | | | Buy | 03/29/19 | J | | |
| 12. | | | | | | Buy<br>(add'l) | 08/22/19 | J | | |
| 13. | | | | | | Sold | 10/21/19 | K | A | |
| 14. | -Hormel (common) | A | Dividend | K | T | | | | | |
| 15. | - KeyCorp, Inc. (common) | B | Dividend | K | T | Buy | 04/05/19 | J | | |
| 16. | - Lowe's Companies, Inc. (common) | A | Dividend | K | T | | | | | |
| 17. | - Metronic, Inc. (common) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   -Nike, Inc. (common) | A | Dividend | L | T | Sold (part) | 03/29/19 | J | B | |
| 19.   - Sherman-Williams Co. (common) | A | Dividend | L | T | | | | | |
| 20.   -Starbucks Corp. (common) | A | Dividend | K | T | Sold (part) | 04/05/19 | J | C | |
| 21. | | | | | Sold (part) | 08/22/19 | J | C | |
| 22.   - Texas Instruments (common) | B | Dividend | K | T | | | | | |
| 23.   -TJX Companies (common) | A | Dividend | L | T | | | | | |
| 24.   - Toro Company (common) | A | Dividend | K | T | | | | | |
| 25.   -United Health Group, Inc (common) | A | Dividend | K | T | Sold (part) | 03/29/19 | J | B | |
| 26.   - Zoetis, Inc. (Class A) | A | Dividend | L | T | | | | | |
| 27.   -Doubleline Emerging Mkts Income Fund | A | Dividend | K | T | Buy (add'l) | 08/12/19 | J | | |
| 28.   - Doubleline Total Return Bond Fund Cl 1 | A | Dividend | L | T | Buy (add'l) | 08/12/19 | J | | |
| 29.   - Invesco ETF Bullet Shares 2019 Corp Bond | A | Dividend | | | Sold | 01/16/19 | K | A | |
| 30.   - Invesco ETF Bullet Shares 2020 Corp Bond | A | Dividend | | | Sold | 05/16/19 | K | A | |
| 31.   -Invesco ETF Bullet Shares 2021 Corp Bond | A | Dividend | K | T | | | | | |
| 32.   - Imvesco ETF Bullet Shares 2022 Corp Bond | A | Dividend | K | T | | | | | |
| 33.   -Invesco ETF Bullet Shares 2023 Corp Bond | A | Dividend | K | T | | | | | |
| 34.   -Invesco ETF Bullet Shares 2024 Corp. Bond | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -Invesco ETF Bullet Shares 2025 Corp. Bond | A | Dividend | K | T | Buy | 05/16/19 | K | | |
| 36. -Invesco ETF Bullet Shares 2026 Corp. Bond | A | Dividend | K | T | Buy | 01/16/19 | K | | |
| 37. | | | | | Buy (add'l) | 03/05/19 | J | | |
| 38. - IShares 3-7 Year Treasury Bond ETF | A | Dividend | | | Sold | 05/16/19 | L | A | |
| 39. -IShares 10-20 Year Treasury Bond ETF | A | Dividend | L | T | Buy | 05/16/19 | L | | |
| 40. | | | | | Buy (add'l) | 07/08/19 | J | | |
| 41. | | | | | Buy (add'l) | 08/12/19 | J | | |
| 42. - IShares Core S&P ETF Midcap | A | Dividend | L | T | | | | | |
| 43. -PIMCO Income Fund Institutional Class | A | Dividend | L | T | Buy (add'l) | 08/12/19 | J | | |
| 44. -Vanguard Intl. Equity Index | B | Dividend | L | T | | | | | |
| 45. - Vanguard REIT ETF | C | Dividend | L | T | Buy (add'l) | 08/12/19 | J | | |
| 46. - Vanguard Total Bond Fund Market ETF | B | Dividend | L | T | Sold (part) | 05/16/19 | J | A | |
| 47. | | | | | Buy (add'l) | 07/08/19 | J | | |
| 48. | | | | | Buy (add'l) | 08/12/19 | J | | |
| 49. IRA #2 (H) | | | | | | | | | |
| 50. -Schwab Adv. Cash Reserve | A | Dividend | J | T | | | | | |
| 51. -Abbvie, Inc. (common) | A | Dividend | K | T | Buy | 10/21/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Novack, Charles D.** | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐     NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   - Accenture PLC Class A | A | Dividend | K | T | | | | | |
| 53.   - Amgen Inc. (common) | A | Dividend | | | Sold | 04/15/19 | J | B | |
| 54.   -Automatic Data Processing (common) | A | Dividend | K | T | | | | | |
| 55.   - Canadian National Railways Co.<br>(common) | A | Dividend | K | T | | | | | |
| 56.   -CDW Corp. (common) | A | Dividend | K | T | Buy | 04/15/19 | K | | |
| 57.   - Estee Lauder Co. Inc. (Class A) | A | Dividend | K | T | | | | | |
| 58.   - Factset Research, Inc. (common) | A | Dividend | K | T | | | | | |
| 59.   - FedEx Corp. (common) | A | Dividend | | | Buy<br>(add'l) | 03/29/19 | J | | |
| 60. | | | | | Sold | 10/21/19 | J | A | |
| 61.   - Hormel (common) | A | Dividend | K | T | | | | | |
| 62.   -KeyCorp (common) | A | Dividend | K | T | Buy | 04/05/19 | J | | |
| 63.   -Lowes Companies, Inc. (common) | A | Dividend | K | T | | | | | |
| 64.   - Medtronic, Inc. (common) | A | Dividend | K | T | | | | | |
| 65.   - Nike, Inc. (common) | A | Dividend | K | T | | | | | |
| 66.   - Sherman Williams Co. (common) | A | Dividend | K | T | | | | | |
| 67.   - Starbucks Corp. (common) | A | Dividend | K | T | | | | | |
| 68.   -Texas Instruments (common) | A | Dividend | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. - Toro Company (common) | A | Dividend | K | T | | | | | |
| 70. - TJX Companies (common) | A | Dividend | K | T | Sold<br>(part) | 04/05/19 | J | C | |
| 71. - United Health Group (common) | A | Dividend | K | T | Sold<br>(part) | 03/29/19 | J | A | |
| 72. - Zoetis, Inc. (common) | A | Dividend | K | T | | | | | |
| 73. - Doubleline Emerging Markets Income Fund Cl 1 | A | Dividend | J | T | | | | | |
| 74. - Doubleline Total Return Bond Fund Cl 1 | A | Dividend | K | T | | | | | |
| 75. -Invesco ETF Bullet Shares 2019 Corp Bond | A | Dividend | | | Sold | 01/16/19 | K | A | |
| 76. - Invesco ETF Bullet Shares 2020 Corp Bond | A | Dividend | | | Sold | 05/16/19 | J | A | |
| 77. -Invesco ETF Bullet Shares 2021 Corp Bond | A | Dividend | J | T | | | | | |
| 78. -Invesco ETF Bullet Shares 2022 Corp Bond | A | Dividend | J | T | | | | | |
| 79. - Invesco ETF Bullet Shares 2023 Corp Bond | A | Dividend | J | T | | | | | |
| 80. -Invesco ETF Bullet Shares 2024 Corp Bond | A | Dividend | J | T | | | | | |
| 81. -Invesco ETF Bullet Shares 2025 Corp. Bond | A | Dividend | J | T | Buy | 05/16/19 | J | | |
| 82. -Invesco ETF Bullet Shares 2026 Corp Bond | A | Dividend | J | T | Buy | 01/16/19 | J | | |
| 83. -IShares Core S&P ETF Midcap | A | Dividend | K | T | | | | | |
| 84. -IShares 3-7 Year Treasury Bond ETF | A | Dividend | | | Sold | 05/16/19 | K | A | |
| 85. -IShares 10-20 Year Treasury Bond ETF | A | Dividend | K | T | Buy | 05/16/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   - PIMCO Income Fund Institutional Class | A | Dividend | K | T | | | | | |
| 87.   - Vanguard Total Bond Fund Market ETF | A | Dividend | K | T | | | | | |
| 88.   - Vanguard Intl Equity Index | A | Dividend | K | T | | | | | |
| 89.   - Vanguard REIT ETF | B | Dividend | K | T | | | | | |
| 90.   U.S Savings Bonds Type E | A | Int./Div. | J | T | | | | | |
| 91.   Wells Fargo Bank Cash Accounts | A | Interest | L | T | | | | | |
| 92.   Fidelity Value Fund | A | Dividend | J | T | | | | | |
| 93.   Fidelity Cash Reserves | A | Interest | K | T | | | | | |
| 94.   Vanguard 500 Index IRA # 3 (H) | D | Dividend | N | T | | | | | |
| 95.   Fidelity Cal. Muni Market | B | Dividend | M | T | | | | | |
| 96.   Fidelity Puritan Mutual Fund | F | Dividend | N | T | | | | | |
| 97.   Fidelity Insured Deposit | D | Interest | O | T | | | | | |
| 98.   Schwab Adv. Cash Reserve | A | Dividend | J | T | | | | | |
| 99.   Vanguard FTSE All World EX US ETF | A | Dividend | J | T | | | | | |
| 100.  IShares Core S&P Midcap ETF | A | Dividend | J | T | | | | | |
| 101.  Novack Family LLC (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Novack, Charles D.** | 08/05/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Investments and Trusts:  The sole asset of the Novack Family LLC was sold in March 2018 and did not generate any income.

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 08/05/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles D. Novack**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544